UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. KLUTHO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:20-cv-01862-CDP |
| v. | ) |
| | ) |
| JK POWERHOUSE LLC, JAMES J. BUTLER, BRAD M. SOWERS, AND JIM BUTLER IMPORTS, LLC | ) ) ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS
OR ALTERNATIVELY, TO STAY AND TO COMPEL INDIVIDUAL ARBITRATION**

Defendants, by and through their attorneys, hereby move this Court, pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4, and Fed. R. Civ. P. 12(b)(6), for an order dismissing Plaintiff's Complaint, or alternatively staying this action, and compelling individual arbitration of the proceedings Plaintiff has instituted against Defendants due to the arbitration agreement Plaintiff entered. In support of their motion, Defendants incorporate their Memorandum of Law and the Declaration of Brad M. Sowers, filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court find that Plaintiff's claims are subject to binding individual arbitration, compel individual arbitration of all of Plaintiff's claims, dismiss this lawsuit, and grant Defendants such other and further relief as this Court deems appropriate under the circumstances at bar.

1

Respectfully submitted,

Dated: January 22, 2021        By: */s/Glennon P. Fogarty*
    Glennon P. Fogarty, #42983
    Robert J. Hurtt, Jr., #65981
    HUSCH BLACKWELL LLP
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105
    Telephone: (314) 480-1500
    Facsimile: (314) 480-1505
    *glennon.fogarty@huschblackwell.com*
    *rob.hurtt@huschblackwell.com*

**Attorneys for Defendants Jim Butler Imports, LLC, James J. Butler, Brad M. Sowers, and JK Powerhouse LLC,**

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 22nd day of January, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon Counsel of Record, and via electronic mail this 22nd day of January, 2021 upon the following:

Robert Schultz, #35329
SCHULTZ & ASSOCIATES
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Telephone: (636) 537-4645
Facsimile: (636) 537-2599
rschultz@sl-lawyers.com

**Counsel for Plaintiff**

/s/ Glennon P. Fogarty